IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARIBBEAN MANAGEMENT GROUP, INC.,<br><br>　　　Plaintiff<br><br>　　　v.<br><br>ERICH A. KOENIGER, et al.,<br><br>　　　Defendants<br><br>ERIKON, L.L.C.,<br><br>　　　Consolidated Plaintiff<br><br>　　　v.<br><br>DAVID WISHINSKY KERR, et al.,<br><br>　　　Consolidated Defendants | CIVIL NO. 07-1615 (JP)<br>(consolidated with Civil<br>No. 07-1623 (JP)) |

### **FINAL JUDGMENT**

　　The parties hereto have informed the Court that they have settled this case, and have filed a joint motion (No. 37) requesting entry of a consent judgment. Pursuant thereto, the Court **ENTERS JUDGMENT FOR DEFENDANTS** Erikon, L.L.C., and Koeniger Development, Inc., to have and recover from Plaintiffs Caribbean Management Group, Inc., and David Wishinsky, jointly and severally, the sum of $7,500,000.00, together with interest at the rate of 5% per annum as of April 27, 2007, until full payment of principal, plus attorneys' fees in the amount of $50,000.00. This Judgment is to be paid within

CIVIL NO. 07-1615 (JP)          -2-

forty-five days hereof.    If said Judgment is not paid within forty-five days hereof, Defendants may proceed to execute the same.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 24th day of March, 2008.

                                       s/Jaime Pieras, Jr.
                                       JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE